EUSEBE SENECHAL, Appellant, from decree of Judge of Probate;

In re, Estate of CHARLES W. COFFIN.

York.    Opinion March 9, 1923.

*Exceptions to an order by the Judge of Probate removing an administrator, residing out of the State, for failing to comply with a decree of Judge of Probate ordering him to file his account, and settle the estate, are groundless.*

R. S., Chap. 68, Sec. 24, expressly provides that when an executor or administrator, residing out of the State, after being cited by the Judge of Probate, neglects to render his accounts and settle the estate according to law, he may be removed from such trust position. This appellant resides in the Dominion of Canada. He has ignored orders of the Judge of Probate, having jurisdiction of the case, to file his account and settle the estate. Exceptions to an order removing him from office are groundless.

On exceptions. Charles W. Coffin late of South Berwick died November 11, 1903, testate, leaving a widow and an infant son. The widow, Alma Coffin, was appointed executrix, but died soon after before the administration was completed. On April 5, 1904, appellant, a brother-in-law of the widow, residing in Frazerville, Province of Quebec, was appointed administrator d. b. n. c. t. a. and filed an inventory, none having been filed by the widow, on June 7, 1904. On December 17, 1907, he was cited to file his account and settle the estate. On April 7, 1908, he filed an account but never took any steps to have it allowed or to settle the estate. On December 14, 1921, Joseph Fred Coffin, the infant son and sole heir, having arrived to the age of twenty-one years, petitioned the Probate Court for the

removal of the administrator, which petition was granted, and the administrator took an appeal to the Supreme Court of Probate, where the appeal was dismissed, and appellant excepted. Exceptions overruled.

The case is fully stated in the opinion.

*Emery, Waterhouse & Paquin,* for appellant.

*E. P. Spinney,* for appellee.

SITTING: CORNISH, C. J., SPEAR, PHILBROOK, DUNN, DEASY, JJ.

PHILBROOK, J. This case arises from a petition by Joseph Fred Coffin, son and sole heir at law of Charles W. Coffin, praying for the removal of the appellant from the office of administrator d. b. n. c. t. a. of the estate of said Charles W. Coffin, upon the grounds that said Senechal has neglected and refused to settle an account of his administration; that he has refused to distribute the property of said estate as required by law; that he has refused, after a vacancy in the office of agent, to appoint an agent in the State of Maine; and that he has fraudulently converted the property of said estate to his own use.

Removal as prayed for was decreed by the Judge of Probate, an appeal was taken, hearing was had in the Supreme Court of Probate, where the decree of the Judge of Probate in the court below was affirmed. Exceptions were taken to the finding in the Supreme Court of Probate.

The opinion in the case wherein the same administrator presented exceptions to a finding of the Supreme Court of Probate ordering such administrator to forthwith file his final account, states the facts more fully and is hereby referred to.

The exceptions are groundless. R. S., Chap. 68, Sec. 24, expressly provides that when an executor or administrator, residing out of the State, after being cited by the Judge of Probate, neglects to render his account and settle the estate according to law, he may be removed from such trust position. This appellant resides in the Dominion of Canada. He has ignored orders of the Judge of Probate, having jurisdiction of the case, to file his account and settle the estate.

> *Exceptions overruled.*
> *Appeal dismissed with additional costs.*
> *Decree of Judge of Probate affirmed.*